# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH KHAST,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>WASHINGTON MUTUAL BANK; JP MORGAN BANK; CALIFORNIA RECONVEYANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | CASE NO. 10cv2168-IEG(JMA)<br><br>Order Granting Defendants' Request to Continue Hearing and Briefing on Plaintiff's Motion for Preliminary Injunction [Doc. 16] |

　　　Upon application, for good cause shown, Defendants' request for a continuance of the show cause hearing on Plaintiff's motion for preliminary injunction is GRANTED. The hearing is continued to Friday, December 3, 2010 at 2:00 p.m. Defendants' opposition must be filed on or before Monday, November 22, 2010. Plaintiff may file a reply on or before November 29, 2010.

**IT IS SO ORDERED**.

**DATED: November 4, 2010**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　**United States District Court**