UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVEH KHAST,<br><br>           Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK; JP MORGAN CHASE BANK; CALIFORNIA RECONVEYANCE COMPANY,<br><br>           Defendants. | Case No. 10CV2168-IEG (JMA)<br><br>**NOTICE AND ORDER FOR SETTLEMENT CONFERENCE** |

    **IT IS HEREBY ORDERED** that a Settlement Conference will be held on **December 13, 2010** at **2 p.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.  **All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference,</u>** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case.  **<u>The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the Settlement Conference to any settlement terms acceptable to the party</u>** (*G. Heileman Brewing Co., Inc. v. Joseph*

***Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the Settlement Conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

Governmental entities may appear through litigation counsel only. As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable. Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. **The failure of any counsel, party or authorized person to appear at the Settlement Conference as required will result in the immediate imposition of sanctions.**

All conference discussions will be informal, off the record, privileged, and confidential.

Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

Although the submission of statements is <u>not</u> required in advance of the Settlement Conference, parties may submit concise statements if desired. If a statement is submitted, it shall be provided to chambers <u>no later than December 8, 2010</u>.[1] If the parties submit statements in connection with the Settlement Conference, they may either do so on a confidential basis or may exchange their statements.

Plaintiff's counsel shall give notice of the Settlement Conference to parties responding to the complaint after December 6, 2010.

/ /

/ /

/ /

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939. Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.[2]

**IT IS SO ORDERED.**

DATED:  December 6, 2010

_____
Jan M. Adler
U.S. Magistrate Judge

---

[2] Judge Adler's Chambers Rules are posted on the Court's website.